IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  CHAPTER 13 NO.:

JOSEPH T. & JESSICA WALLEY  05-01142-NPO

RULE 3011 LIST
OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and filed the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Jessica Walley | Echo Company<br>71ST Transportation Battalion<br>Fort Eustis, VA 23601 | $592.00 |

THAT, these checks were sent to the debtor at the address listed above, which is the address listed on the Debtor's schedules, but the checks were returned to the Trustee and were voided.

THAT, the Trustee has been unable to locate the Debtor.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

Dated:  March 5, 2008.

Respectfully submitted,

BY:  /S/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
601/362-6161

## C E R T I F I C A T E

  I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date filed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid and/or ECF Filing Notification:

Office of the U. S. Trustee
706 McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269

Hon. Edwin F. Tullos
edwintullos@bellsouth.net

Joseph T. Walley
5076 SCR 19
Taylorsville, MS 39168

Jessica Walley
Echo Company
71st Transportation Battalion
Fort Eustis, VA 23604

Dated: March 5, 2008           /S/ Harold J. Barkley, Jr.
                   HAROLD J. BARKLEY, JR.